IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE TRENTON J. BALDWIN and CAROLYN S. BALDWIN, also known as Carolyn S. Bailey,<br><br>Debtors.<br><br>Gerald R. Miller, Trustee,<br><br>Plaintiff - Appellee,<br>v.<br><br>BILL AND CAROLYN LIMITED PARTNERSHIP, an Oklahoma Limited Partnership, THE MAXIE O. "BILL" BAILEY LIVING TRUST, and MAXIE O. "BILL" BAILEY,<br><br>Defendants - Appellants. | Case No. CIV-08-254-RAW |

## JUDGMENT

Pursuant to the Order entered contemporaneously, the appeal of the appellant/defendant is hereby DENIED and the decision of the bankruptcy court below is hereby AFFIRMED.

ORDERED THIS 12th DAY OF AUGUST, 2008.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE